**United States District Court**
For the Northern District of California

1

2            IN THE UNITED STATES DISTRICT COURT

3            FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7   DAULAT NAGDEV,                              No. C 04-2348 SBA

8              Plaintiff,
                                               **ORDER TO SHOW CAUSE RE**
9   v.                                         **DISMISSAL**

10  UNUM LIFE INSURANCE COMPANY OF
    AMERICA,
11
               Defendant.
12
    _____/
13

14        On May 20, 2005, the parties in the above-referenced matter appeared before the Court for a

15  telephonic Case Management Conference.  At that time, the parties stated they would file cross-

16  motions for summary judgment, which were scheduled to be heard on August 23, 2005.  Neither

17  party has filed a motion for summary judgment.  Moreover, neither party has taken any action with

18  regard to this case since the May 20, 2005 Case Management Conference.

19        Accordingly,

20        IT IS HEREBY ORDERED THAT:

21        (1)      Plaintiff shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay

22  Street, Oakland, California, on **February 23, 2006, at 4:00 p.m.** to show cause why this case should

23  not be dismissed and/or sanctions should not be imposed for lack of prosecution.

24        (2)      At least ten (10) days prior to the date specified for the court appearance, Plaintiff or

25  Plaintiff's counsel of record must file a Certificate of Counsel with the Clerk of the Court to explain

26  why the case should or should not be dismissed and why sanctions should or should not be imposed

27  for lack of prosecution.  The Certificate shall set forth the nature of the cause, its present status, the

28  reason it has not been brought to trial or otherwise terminated, any basis for opposition to dismissal

1   by any party, and the expected course of the case if not dismissed.

2           (3)    Please take notice that this Order requires both the specified court appearance and the

3   filing of the Certificate of Counsel.  FAILURE TO FULLY COMPLY WITH THIS ORDER WILL

4   BE DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION.

5                   IT IS SO ORDERED.

6

7   Dated: 1/20/06                          *Saundra B Armstrong*
                                            SAUNDRA BROWN ARMSTRONG
8                                           United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28