1  TONY ARJO, SBN 151890
   1440 Broadway, Suite 1019
2  Oakland, CA 94612
   (510) 451-2334
3  FAX: (510) 451-2310

4  Attorney for Plaintiff DAULAT NAGDEV

5

6  RIMAC & MARTIN
   Joseph M. Rimac, SBN 72381
7  Anna M. Martin, SBN 154279
   1051 Divisadero Street
8  San Francisco, CA 94115
   (415) 561-8440
9  FAX: (415) 561-8430

10 Attorneys for Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                     OAKLAND DIVISION

15

16 DAULAT NAGDEV,               )
                                )
17               Plaintiff,     )    CASE NO. C 04-2348 SBA (ADR)
                                )
18       vs.                    )
                                )    STIPULATION OF DISMISSAL
19 FIRST UNUM LIFE              )    WITHOUT PREJUDICE AND ORDER
   INSURANCE COMPANY,           )
20                              )
                                )
21               Defendant.     )
   _____)

1     IT IS HEREBY STIPULATED between Plaintiff DAULAT NAGDEV and Defendant First Unum Life Insurance Company by and through their counsel, that the above-captioned action be and hereby is dismissed without prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  All parties shall bear their own costs and fees.

    SO STIPULATED.

DATED: 2-9-06      By:      /s/
    TONY ARJO
    Attorney for Plaintiff DAULAT NAGDEV

RIMAC & MARTIN
*A professional Corporation*

DATED: 2-9-06      By:      /s/
    WILLIAM REILLY
    Attorneys for Defendant
    FIRST UNUM LIFE INSURANCE COMPANY

    SO ORDERED.

DATED: 2/9/06      _/s/ Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Stipulation for Dismissal
Without Prejudice C 04-2348 SBA      2